# EXHIBIT 6

#  Case Information

 Return to search results

 Cart
is empty

Case Number: 25-CA-006917

Uniform Case Number: 292025CA006917A001HC

Imminent Surgical Associates, P.A. vs United Healthcare Services, Inc.

| Icon Keys | Summary | Parties | Events | Case Options & Payments |
|---|---|---|---|---|
| Hearings | Financial | File Location | Related Cases | |

Filter Events Dates:

| From | To | Filter |
|---|---|---|
| MM/DD/YYYY | MM/DD/YYYY | |

50 entries per page     Column visibility ▼     Excel

CSV

Search:

| Select | Document Index | Clock-In Event Date | Event Creation Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|---|
| ⬇ | 28 | 04/12/2026 | 04/13/2026 | ORDER DENYING MOTION | TO DISMISS | ✓ | 🛒 |
| ⬇ | 27 | 04/10/2026 | 04/10/2026 | NOTICE OF CONFIDENTIAL INFO RULE 2-420 | | 👤 | |
| | 26 | 04/09/2026 | 04/09/2026 | CLERK DETERMINATION PER FRGP JA 2.420(d)(2)(B) - 2.423 | E-FILED FILING # 245634688 | 👤 | |
| ⬇ | 24 | 04/02/2026 | 04/06/2026 | NOTICE OF FILING | CASE LAW IN SUPPORT OF PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS - ATTACHED | 👤 | |
| ⬇ | 25 | 04/02/2026 | 04/06/2026 | NOTICE OF CONFIDENTIAL INFO RULE 2-420 | | 📄 | |
| | 23 | 03/16/2026 | 03/16/2026 | RESPONSE IN OPPOSITION TO | | ✓ | 🛒 |
| ⬇ | 22 | 03/13/2026 | 03/16/2026 | AGREED ORDER | CONFIDENTIALITY AND QUALIFIED PROTECTIVE ORDER | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Creation Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|---|
| ⬇ | 21 | 03/10/2026 | 03/12/2026 | NOTICE | DEFENDANT'S- OF SUPPLEMENTAL AUTHORITY | ✓ | 🛒 |
| ⬇ | 20 | 03/09/2026 | 03/09/2026 | MOTION FOR PROTECTIVE ORDER | | ✓ | 🛒 |
| ⬇ | 19 | 03/06/2026 | 03/06/2026 | DEFENDANT NOTICE OF HEARING | 04/08/26 AT 10:00AM - VIA ZOOM | ✓ | 🛒 |
| ⬇ | 18 | 03/02/2026 | 03/02/2026 | MOTION TO DISMISS | | ✓ | 🛒 |
| ⬇ | 17 | 02/25/2026 | 02/25/2026 | ALIAS SUMMONS RETURNED SERVED | | ✓ | 🛒 |
| ⬇ | 15 | 02/16/2026 | 02/16/2026 | NOTICE OF APPEARANCE | - AND DESIGNATION OF PRIMARY AND SECONDARY E-MAIL ADDRESSES | ✓ | 🛒 |
| ⬇ | 16 | 02/16/2026 | 02/16/2026 | MOTION FOR EXTENSION OF TIME | TO RESPOND TO COMPLAINT | ✓ | 🛒 |
| | 14 | 02/13/2026 | 02/13/2026 | E-FILED ALIAS SUMMONS ISSUED | | ✓ | 🛒 |
| ⬇ | 11 | 02/12/2026 | 02/12/2026 | ORDER GRANTING MOTION FOR EXTENSION OF TIME | | ✓ | 🛒 |
| ⬇ | 12 | 02/12/2026 | 02/12/2026 | SUMMONS RETURNED UNEXECUTED | | ✓ | 🛒 |
| ⬇ | 13 | 02/12/2026 | 02/12/2026 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | ✓ | 🛒 |
| ⬇ | 9 | 02/10/2026 | 02/10/2026 | NOTICE OF APPEARANCE | AND DESIGNATION OF PRIMARY EMAIL ADDRESS - DANIEL B. SMITH OF MORGAN & MORGAN, P.A. | ✓ | 🛒 |
| ⬇ | 10 | 02/10/2026 | 02/10/2026 | MOTION FOR EXTENSION OF TIME | - FOR SERVICE OF PROCESS | ✓ | 🛒 |
| | 7 | 07/22/2025 | 07/22/2025 | General Differentiated Case Management Order | | ✓ | 🛒 |

| Select | Document Index | Clock-In Event Date | Event Creation Date | Event Description | Comment | Image | Certify |
|---|---|---|---|---|---|---|---|
| ⬇ | 8 | 07/22/2025 | 07/22/2025 | E-FILED SUMMONS ISSUED | | 📄✅ | 🛒 |
| | 1 | 07/21/2025 | 07/21/2025 | File Home Location - Electronic | | | |
| | 2 | 07/21/2025 | 07/21/2025 | General Differentiated Case Management Applies | | | |
| ⬇ | 3 | 07/21/2025 | 07/21/2025 | COMPLAINT | | 📄✅ | 🛒 |
| ⬇ | 4 | 07/21/2025 | 07/21/2025 | REQUEST FOR SUMMONS TO BE ISSUED (E-Filed) | | 📄✅ | 🛒 |
| ⬇ | 5 | 07/21/2025 | 07/21/2025 | CIVIL COVER SHEET | | 📄✅ | 🛒 |
| ⬇ | 6 | 07/21/2025 | 07/21/2025 | REQUEST FOR DIVISION ASSIGNMENT (E-FILING) | | 📄✅ | 🛒 |

Showing 1 to 28 of 28 entries

| First page | Previous page | 1 | Next page |
|---|---|---|---|
| | Last page | | |

If no Icons Appear under the Image Column, click here to order copies of documents



📄✅ Indicates document is ready to be viewed

⬇ Displays additional event information

🔄 Indicates document needs redaction review prior to public viewing

🕵 Indicates document is undergoing redaction

📄🚫 Indicates document is sealed by the Court Order or Confidential by Court rule. Image cannot be viewed

🛒 Click to purchase electronically certified copies of documents

📄 Image Pending Review

If no image appears, there is either no image available or the document has not been converted to an electronic image.

 Exit Case Details

